

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____ 4/2/2026

**NANCY A. DEL PIZZO**
Partner
(201) 287-2472
nancy.delpizzo@rivkin.com

April 1, 2026

**VIA ECF**
Hon. Nelson S. Román, U.S.D.J.
United States District Court for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
Courtroom 218
White Plains, New York 10601-4150

Re: *Folkes Home Services Heating, Cooling, Plumbing & Electrical, LLC v. Folkes Brothers Home Services LLC, et al.,* Civil Action No.: 24-9844 (NSR) (AEK)

Dear Judge Román:

We represent defendants, Folkes Brothers Home Services LLC, Dustin Folkes, Jr. and Tyler Folkes ("Defendants"), and write this letter motion to ask that the Court deny plaintiff's request for Clerk's Default that plaintiff filed today (D.E. 42, 43) as Defendants understand that their time to respond to the Amended Complaint has not yet passed. Per Your Honor's Order of February 5, 2026 (D.E. 36), this Court granted Defendants twenty-one (21) days to respond to plaintiff's Amended Complaint. Plaintiff requested permission to add a claim to its Amended Complaint, which Defendants expressly did not oppose (D.E. 39), and plaintiff filed an Amended Complaint on March 13, 2026 (D.E. 41). Thus, Defendants understood that their deadline to respond to the Amended Complaint is not until Friday, April 3, 2026. Today, by telephone and email, we asked plaintiff to withdraw its request for default, and counsel refused, contending that the Court's Order of February 5, 2026 granted Defendants twenty-one (21) days to respond to an Amended Complaint only if it solely regarded an unjust enrichment claim.

Defendants intend to file a response to the Amended Complaint by Friday, April 3, 2026. If the Court did not intend to grant Defendants twenty-one (21) days to respond to plaintiff's Amended Complaint, then Defendants respectfully ask the Court to so-order an extension for Defendants to file their response to the Amended Complaint by Friday, April 3, 2026.

We thank the Court for its time and consideration.

Respectfully submitted,

RIVKIN RADLER LLP
s/ Nancy A. Del Pizzo

NANCY A. DEL PIZZO

The Court is in receipt of Plaintiff's request for a Clerk's Certificate of Default (Dkt. Nos. 42–44) and Defendants' letter motion seeking denial of that request and, if necessary, an extension of time to respond to the Amended Complaint (Dkt. No. 45). In light of the parties' dispute regarding the applicable deadline to respond to the Amended Complaint, and Defendants' representation that they intend to file a response by April 3, 2026, the request for a Clerk's Certificate of Default is DENIED without prejudice at this time. Defendants shall file their response to the Amended Complaint on or before April 3, 2026.

Dated: April 2, 2026
      White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

MEMO ENDORSED